# United States Bankruptcy Court
# Western District of Louisiana

**IN RE:**                                                    Case No. **11-51656**

**Unlimited Supply, Inc.**                                   Chapter **11**

<div align="center">Debtor(s)</div>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Regions Bank<br>P O Box 11625<br>New Iberia, LA 70562 | | **Bank loan** | | 1,500,000.00<br>Collateral:<br>778,973.00<br>Unsecured:<br>721,027.00 |
| Mid South Control Line Inc<br>Dept 1713<br>P O Box 11407<br>Birmingham, AL 35246 | | | | 203,950.80 |
| Greenlee Testron<br>25117 Network Place<br>Chicago, IL 60673 | | | | 45,073.78 |
| Shannon Hardware Co LTD<br>P O Box 631<br>Morgan City, LA 70381 | | | | 30,861.18 |
| Mine Safety Appliances Company<br>P O Box 640348<br>Pittsburgh, PA 15264 | | | | 29,713.10 |
| Allied Rubber & Gasket Co Inc<br>2610 Commerce Way<br>Vista, CA 92083 | | | | 25,426.37 |
| John H. Carter Co Inc<br>Dept 161<br>P O Box 4869<br>Houston, TX 77210 | | | | 21,969.43 |
| Delta Rigging & Tools<br>Department 1837<br>P O Box 2153<br>Birmingham, AL 35287 | Greenberg, Grant & Richards, Inc.<br>5858 Westheimer, Suite 500<br>Houston, TX 77057 | | | 20,475.23 |
| Moody Price, LLC<br>Dept 232<br>P O Box 4869<br>Houston, TX 77210 | | | | 20,204.58 |
| Measurement System<br>Div Cameron<br>P O Box 730172<br>Dallas, TX 75373 | | | | 20,019.58 |
| Milwaukee Electric Tool Company<br>4844 Collection Center Drive<br>Chicago, IL 60693 | | | | 18,511.86 |
| Production Fastenings Systems<br>417 Calhoun Street<br>New Orleans, LA 70118 | | | | 14,884.13 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **American Rigging**<br>555 Choctaw Drive<br>Baton Rouge, LA  70805 | **14,183.20** |
| **Infinity Valve & Supply**<br>P O Box 80008<br>Lafayette, LA  70598 | **14,180.00** |
| **Black & Decker USPTG**<br>P O Box 844674<br>Dallas, TX  75284 | **14,178.67** |
| **Wagner Smith**<br>P O Box 711569<br>Cincinnati, OH  45271 | **13,761.09** |
| **Bancorpsouth**<br>P O Box 789<br>Tupelo, MS  38802 | **12,748.90** |
| **Parish Of East Baton Rouge**<br>Elmer B. Litchfield<br>P O Box 91285<br>Baton Rouge, LA  91285 | **12,500.00** |
| **Basin River Electric Supply**<br>P O Box 306<br>Plaquemine, LA  70764 | **12,466.74** |
| **Toolma Tool Mart Inc**<br>2412 Texas Avenue<br>Houston, TX  77003 | **11,730.98** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January 10, 2012**          Signature: */s/ Toby Primeaux*

**Toby Primeaux, President**

<span style="float:right">(Print Name and Title)</span>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

**IN RE:**

Case No. **11-51656**

**Unlimited Supply, Inc.**

Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 1,529,566.93 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,523,178.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 176.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | $ 1,105,522.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 51 | $ 1,529,566.93 | $ 2,628,877.05 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**
_____
                    Debtor(s)                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                                                          Case No. **11-51656**
_____                                   _____
                                   Debtor(s)                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking** | | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.                                         Case No. **11-51656**

Debtor(s)                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Account receivables** | | 697,242.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **prepaid taxes** | | 34,099.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Circle M Gooseneck Trailer**<br>**VIN: 1C9FS242XXM364001** | | 3,000.00 |
| | | **1999 Ford f250**<br>**VIN: 1FTNF20L3XEC19106** | | 200.00 |
| | | **2000 PARR 16' TRAILER**<br>**VIN: 13ZRP1626Y1002434** | | 0.00 |
| | | **2004 FORD F150**<br>**VIN: 1FTRF12WX4NC40825** | | 5,000.00 |
| | | **2004 FORD F150**<br>**VIN: 1FTPW14514KA52420** | | 2,500.00 |
| | | **2004 FORD F150**<br>**VIN: 1FTRF12W14NC71042** | | 5,600.00 |
| | | **2005  FORD F150**<br>**VIN: 1FTNRF12W85HNA63371** | | 6,500.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**

<div style="text-align:center">Debtor(s)</div>
<div style="text-align:right">(If known)</div>

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **2005 Ford F150**<br>**VIN: 1FTRF12W55NA42400** | | 6,500.00 |
| | | **2005 Ford F150**<br>**VIN: 1FTRW12W45KB53960** | | 11,600.00 |
| | | **2006 STS Trailer**<br>**VIN: 4DPUT10146M238074** | | 600.00 |
| | | **2006 Ford F250**<br>**VIN: 1FTNF205X6EB47482** | | 8,400.00 |
| | | **2006 Ford F250 Pickup**<br>**VIN: 1FTNF20566ED95163** | | 5,000.00 |
| | | **2006 Ford F350**<br>**VIN: 1FDWF36P86EA39411** | | 16,000.00 |
| | | **2006 PARR 16" Trailer**<br>**VIN: 13ZMP162961000751** | | 2,500.00 |
| | | **2007 Parr Trailer VIN: 13ZOA2029710022449** | | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** | | 88,260.03 |
| | | **Office Equipment** | | 4,400.00 |
| | | **Office Furniture** | | 12,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1984 Yale Fork Lift, VIN: GP050RGMUAE084** | | 9,000.00 |
| | | **Tools** | | 525,934.90 |
| 30. Inventory. | | **Inventory** | | 81,731.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 1,529,566.93 |

<div style="text-align:right">(Include amounts from any continuation sheets attached.)<br>Report total also on Summary of Schedules.</div>

_____**0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                        Case No. **11-51656**
_____                          _____
                    Debtor(s)                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**IN RE** Unlimited Supply, Inc.                                      Case No. **11-51656**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **43097965** <br><br> **Ford Motor Credit** <br> **P O Box 650575** <br> **Dallax, TX 75265-0575** | | | | | | | 9,083.95 | 9,083.95 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **41575750** <br><br> **Ford Motor Credit** <br> **P O Box 650575** <br> **Dallax, TX 75265-0575** | | | | | | | 3,076.45 | 3,076.45 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **41542654** <br><br> **Ford Motor Credit** <br> **P O Box 650575** <br> **Dallax, TX 75265-0575** | | | | | | | 1,566.28 | |
| | | | VALUE $ **5,000.00** | | | | | |
| ACCOUNT NO. **42404489** <br><br> **Ford Motor Credit** <br> **P O Box 650575** <br> **Dallax, TX 75265-0575** | | | | | | | 9,452.23 | 9,452.23 |
| | | | VALUE $ | | | | | |

____**1**____ continuation sheets attached

|  | Subtotal <br> (Total of this page) | $ 23,178.91 | $ 21,612.63 |
|---|---|---|---|
| | Total <br> (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Unlimited Supply, Inc.**
_____
Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Regions Bank**<br>**P O Box 11625**<br>**New Iberia, LA  70562** | | | | | | | **1,500,000.00** | **721,027.00** |
| | | | VALUE $ **778,973.00** | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **1,500,000.00**    $  **721,027.00**

Total
(Use only on last page)    $ **1,523,178.91**    $  **742,639.63**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**        Case No. **11-51656**
_____
Debtor(s)                                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Kentucky State Truasurer Kentucky Department Of Revenue Frankfort, KY 40619** | | | | | | | **176.00** | **176.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **176.00** | $ **176.00** | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ **176.00** | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ **176.00** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.                                                    Case No. **11-51656**
_____                                  _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A C Sales<br>813 Cajundome Blvd<br>Lafayette, LA 70506 | | | | | | | 791.12 |
| ACCOUNT NO.<br><br>A Certified Security Network<br>P O Box 339<br>Denham Springs, LA 70727 | | | | | | | 98.00 |
| ACCOUNT NO.<br><br>Abbolt A & B Valve & Piping<br>P O Box 677428<br>Dallas, TX 75267 | | | | | | | 7,555.06 |
| ACCOUNT NO.<br><br>Acadiana Bearing Company<br>400 Jefferson Blvd<br>Lafayette, LA 70509 | | | | | | | 74.47 |

_____37_____ continuation sheets attached

Subtotal
(Total of this page) $ **8,518.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Unlimited Supply, Inc.**        Case No. **11-51656**

<div align="center">Debtor(s)       (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Acadiana Ford, Inc** <br> P O Box 609 <br> Kaplan, LA 70548 | | | | | | | 143.48 |
| ACCOUNT NO. <br> **Acadiana Rubber & Gasket Company** <br> P O Box 3704 <br> Lafayette, LA 70502 | | | | | | | 413.90 |
| ACCOUNT NO. <br> **Accu-Tech Computer Services** <br> P O Box 82609 <br> Baton Rouge, LA 70884 | | | | | | | 1,683.38 |
| ACCOUNT NO. <br> **Acme Refrigeration** <br> 11844 South Choctaw Drive <br> Baton Rouge, LA 70815 | | | | | | | 4,068.10 |
| ACCOUNT NO. <br> **Action Specialties Inc** <br> 7915 Hwy 90 West <br> New Iberia, LA 70560 | | | | | | | 510.00 |
| ACCOUNT NO. <br> **Advance Products & Systems Inc** <br> P O Box 30699 <br> Lafayette, LA 70596 | | | | | | | 790.36 |
| ACCOUNT NO. <br> **Advanced Graphic Engraving** <br> 7209 Hillcrest <br> New Iberia, LA 70560 | | | | | | | 1,163.28 |

Sheet no. **1** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,772.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Unlimited Supply, Inc.</u>           Case No. <u>11-51656</u>

               Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Aervoe Industries Inc**<br>P O Box 485<br>Gardnerville, NV 89410 | | | | | | | 1,886.94 |
| ACCOUNT NO. <br><br>**AGI Industries**<br>P O Box 53905<br>Lafayette, LA 70505 | | | | | | | 6,931.00 |
| ACCOUNT NO. <br><br>**Allendorph Specialties Inc**<br>201 Stanton<br>Broussard, LA 70518 | | | | | | | 129.80 |
| ACCOUNT NO. <br><br>**Alley**<br>Payment Processing Center<br>P O Box 9001948<br>Louisville, KY 40290 | | | | | | | 642.69 |
| ACCOUNT NO. <br><br>**Allied Industrial Sales Inc**<br>100 East Nasa Road 1 Ste 102<br>Webster, TX 77598 | | | | | | | 5,110.60 |
| ACCOUNT NO. <br><br>**Allied Rubber & Gasket Co Inc**<br>2610 Commerce Way<br>Vista, CA 92083 | | | | | | | 25,426.37 |
| ACCOUNT NO. <br><br>**Aluminum & Stainless**<br>P O Box 3484<br>Lafayette, LA 70502 | | | | | | | 3,114.83 |

Sheet no. <u>2</u> of <u>37</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 43,242.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**        Case No. **11-51656**

<div align="center">Debtor(s)       (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **American Rigging** <br> **555 Choctaw Drive** <br> **Baton Rouge, LA 70805** | | | | | | | **14,183.20** |
| ACCOUNT NO. <br> **American Tube Products Inc** <br> **3500 S. Richey Suite 140** <br> **Houston, TX 77017** | | | | | | | **4,793.28** |
| ACCOUNT NO. <br> **Angel Air Repair & Specialty** <br> **705 Hangar Drive** <br> **New Iberia, LA 70560** | | | | | | | **6,529.85** |
| ACCOUNT NO. <br> **Arthur J. Gallagher** <br> **P O Drawer 51187** <br> **Lafayette, LA 70505** | | | | | | | **2,606.87** |
| ACCOUNT NO. <br> **AT&T** <br> **P O Box 105262** <br> **Atlanta, GA 30348** | | | | | | | **2,206.84** |
| ACCOUNT NO. <br> **At&T Mobility** <br> **P O Box 6463** <br> **Carol Stream, IL 60197** | | | | | | | **876.42** |
| ACCOUNT NO. <br> **Autozone** <br> **11554 Airline Hwy** <br> **Baton Rouge, LA 70816** | | | | | | | **2,004.78** |

Sheet no. **3** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)   $ **33,201.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

</div>

<div align="left" style="font-size:small">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE **Unlimited Supply, Inc.**        Case No. **11-51656**

<div style="text-align:center">Debtor(s)       (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bancorpsouth**<br>**P O Box 789**<br>**Tupelo, MS 38802** | | | | | | | 12,748.90 |
| ACCOUNT NO.<br>**Bank It Idex Inc**<br>**P O Box 96401**<br>**Chicago, IL 60693** | | | | | | | 407.98 |
| ACCOUNT NO.<br>**Basic Supply**<br>**22602 Cameron Street**<br>**Lafayette, LA 70506** | | | | | | | 1,109.97 |
| ACCOUNT NO.<br>**Basin River Electric Supply**<br>**P O Box 306**<br>**Plaquemine, LA 70764** | | | | | | | 12,466.74 |
| ACCOUNT NO.<br>**Bayou Boeuf Electric LLC**<br>**Dept At 952597**<br>**Atlanta, GA 31192** | | | | | | | 11,477.31 |
| ACCOUNT NO.<br>**Beerman Precision Inc**<br>**4206 Howard Avenue**<br>**New Orleans, LA 70125** | | | | | | | 5,440.66 |
| ACCOUNT NO.<br>**Belt Store**<br>**2109 Jefferson Street**<br>**Lafayette, LA 70501** | | | | | | | 39.72 |

Sheet no. **4** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 43,691.28

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.        Case No. **11-51656**

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Berkley Tool/Pipemaster** <br> **Florida Pneumatic Mfg Corp** <br> **P O Box 9158** <br> **Jupiter, FL 33468** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Bernard & Hart** <br> **345 Doucet Road Suite 103-B** <br> **Lafayette, LA 70503** | | | | | | | 6,200.00 |
| ACCOUNT NO. <br> **Black & Decker USPTG** <br> **P O Box 844674** <br> **Dallas, TX 75284** | | | | | | | 14,178.67 |
| ACCOUNT NO. <br> **Bourque Slaes & Services Inc** <br> **P O Box 51141** <br> **Lafayette, LA 70505** | | | | | | | 390.00 |
| ACCOUNT NO. <br> **Boxco Fabrication LLC** <br> **113 Ida Road** <br> **Broussard, LA 70518** | | | | | | | 4,672.00 |
| ACCOUNT NO. <br> **Boxx Manufacturing** <br> **52194 Eagle Way** <br> **Chicago, IL 60678** | | | | | | | 6,284.16 |
| ACCOUNT NO. <br> **Bozeman Distributors** <br> **11150 Airline Hwy** <br> **Baton Rouge, LA 70816** | | | | | | | 3.67 |

Sheet no.  **5**  of  **37**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **31,728.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

*© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Unlimited Supply, Inc.** _____  Case No. **11-51656**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Braud Welding & Industrial Supply** **P O Box 127** **Geismar, LA  70734** | | | | | | | **74.90** |
| ACCOUNT NO. **Bravo U-Bolts & Asteners** **1035 Hollywood Street** **Houston, TX  77015** | | | | | | | **284.00** |
| ACCOUNT NO. **Brennan Industries Inc** **1189 108th Street** **Grand Praire, TX  75050** | | | | | | | **995.20** |
| ACCOUNT NO. **Bridgefield Casualty Insurance Company** **P O Box 32034** **Kajekand, FL  33802** | | | | | | | **348.33** |
| ACCOUNT NO. **Briggs Equipment** **Lock Box 841272** **Dallas, TX  75284** | | | | | | | **1,005.89** |
| ACCOUNT NO. **Burndy LLC** **12902 Collection Center Drive** **Chicago, IL  60693** | | | | | | | **1,353.75** |
| ACCOUNT NO. **Burner Fire Control** **P O Box 53637** **Lafayette, LA  70505** | | | | | | | **4,496.86** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **6** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,558.93**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**

Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BWB Controls Inc** <br> P O Abox 670 <br> Bourg, LA 70343 | | | | | | | 2,406.28 |
| ACCOUNT NO. <br> **C & B Pumps And Compressors** <br> 119 Nolan Road <br> Broussard, LA 70518 | | | | | | | 1,720.87 |
| ACCOUNT NO. <br> **C & G Containers Inc** <br> P O Box 2003 <br> Lafayette, LA 70502 | | | | | | | 471.50 |
| ACCOUNT NO. <br> **C & S Safety Systems Of LA LLC** <br> 915 Granada Drive <br> New Iberia, LA 70560 | | | | | | | 1,719.63 |
| ACCOUNT NO. <br> **Cajun Carts** <br> 3023 NW Evangeline Thruway <br> Lafayette, LA | | | | | | | 215.20 |
| ACCOUNT NO. <br> **Can Do National Tape** <br> P O Box 440093 <br> Nashville, TN 37244 | | | | | | | 270.45 |
| ACCOUNT NO. <br> **Caraustar** <br> P O Box 935013 <br> Atlanta, GA 31193 | | | | | | | 3,938.64 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **7** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,742.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Unlimited Supply, Inc.**                    Case No. **11-51656**
_____                 _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Casco**<br>**15207 Airline Hwy**<br>**Baton Rouge, LA  70817** | | | | | | | 2,080.00 |
| ACCOUNT NO.<br>**Cayard's, Inc**<br>**4215 Choctaw Drive**<br>**Baton Rouge, LA  70805** | | | | | | | 590.74 |
| ACCOUNT NO.<br>**CCI Pipeline Systems**<br>**1058 O'Neal Drive**<br>**Breaux Bridge, LA 70518** | | | | | | | 11.68 |
| ACCOUNT NO.<br>**Central Freight**<br>**P O Box 2638**<br>**Waco, TX  76702** | | | | | | | 399.36 |
| ACCOUNT NO.<br>**Central Oil Of Baton Rouge LLC**<br>**C/O Brooks Green Blatt**<br>**P O Box 2671**<br>**Baton Rouge, LA  70821** | | | | | | | 322.59 |
| ACCOUNT NO.<br>**CFG Specialty Inc**<br>**Po O Box 465**<br>**Loreauville, LA  70552** | | | | | | | 9,789.91 |
| ACCOUNT NO.<br>**Chastant Bros Inc**<br>**P O Box 4507**<br>**Lafayette, LA  70502** | | | | | | | 144.99 |

Sheet no. **8** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,339.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Checkpoint Process Pumps & Systems** **21356 Marion Lane** **Mandeville, LA 70471** | | | | | | | **4,981.07** |
| ACCOUNT NO. **Cintas Corporation #543** **P O Box 88005** **Chicago, IL 60680** | | | | | | | **127.86** |
| ACCOUNT NO. **Cintas Corporation Loc 540** **P O Box 88005** **Chicago, IL 60680** | | | | | | | **304.90** |
| ACCOUNT NO. **City Of Broussard** **Occupational License** **310 Main Street** **Broussard, LA 70518** | | | | | | | **6,054.34** |
| ACCOUNT NO. **Cleco Power LLC** **P O Box 69000** **Alexandria, LA 71306** | | | | | | | **50.31** |
| ACCOUNT NO. **Cleveland Punch & Die** **P O Box 92594-T** **Cleveland, OH 44190** | | | | | | | **1,154.92** |
| ACCOUNT NO. **Climax Lubricants & Equipment** **P O Box 5235** **Houston, TX 77262** | | | | | | | **1,078.95** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **9** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,752.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**
_____                    _____
                    Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Coca Sales Inc**<br>**P O Box 119**<br>**Baker, LA  70704** | | | | | | | 846.29 |
| ACCOUNT NO.<br>**Cody's Trans Systems LLC**<br>**P O Box 86635**<br>**Baton Rouge, LA  70879** | | | | | | | 256.00 |
| ACCOUNT NO.<br>**Commercial Billinb Service**<br>**P O Box 2201**<br>**Decatur, AL  35609** | | | | | | | 4,480.08 |
| ACCOUNT NO.<br>**Community Coffee Company LLC**<br>**P O Box 60141**<br>**New Orleans, LA  70460** | | | | | | | 73.44 |
| ACCOUNT NO.<br>**Con-Way Freight Inc**<br>**P O Box 5160**<br>**Portland, OR  97208** | | | | | | | 1,803.96 |
| ACCOUNT NO.<br>**Connector Specialists**<br>**175 James Drive East**<br>**St. Rose, LA  70087** | | | | | | | 1,622.00 |
| ACCOUNT NO.<br>**Continental Western Corp**<br>**P O Box 2418**<br>**San Leandro, CA  94577** | | | | | | | 3,860.00 |

Sheet no. **10** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **12,941.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.          Case No. **11-51656**

_____Debtor(s)_____          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cox Cummunications Inc** <br> P O Box 9001079 <br> Louisville, KY  40290 | | | | | | | 176.40 |
| ACCOUNT NO. <br> **Crown Decal Printers** <br> 141 Decal Street <br> Lafayette, LA  70508 | | | | | | | 383.40 |
| ACCOUNT NO. <br> **Current Tool Inc** <br> P O Box 17026 <br> Greenville, SC  29606 | | | | | | | 217.96 |
| ACCOUNT NO. <br> **Darrel W. Taylor** | | | | | | | 532.70 |
| ACCOUNT NO. <br> **Dave's Pest Control Services Inc** <br> P O Box 92322 <br> Lafayette, LA  70509 | | | | | | | 160.00 |
| ACCOUNT NO. <br> **De Lage Landen Financial Services** <br> P O Box 41602 <br> Philadelphia, PA  19101 | | | | | | | 3,571.43 |
| ACCOUNT NO. <br> **Delta Foremost Chemical Corporation** <br> P O Box 30310 <br> Memphis, TN  38130 | | | | | | | 725.96 |

Sheet no. **11** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,767.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**
_____                                    _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Delta Rigging & Tools**<br>**Department 1837**<br>**P O Box 2153**<br>**Birmingham, AL  35287** | | | | | | | 20,475.23 |
| ACCOUNT NO.<br>**Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer, Suite 500**<br>**Houston, TX  77057** | | | **Assignee or other notification for:**<br>**Delta Rigging & Tools** | | | | |
| ACCOUNT NO.<br>**Delta Wire And Rope Inc**<br>**Delta Rigging & Tools**<br>**Dept 5324**<br>**Houston, TX  77210** | | | | | | | 7,188.20 |
| ACCOUNT NO.<br>**Department Of Social Services**<br>**P O Box 260222**<br>**Baton Rouge, LA  70826** | | | | | | | 1,057.85 |
| ACCOUNT NO.<br>**Dependable Seals & Gaskets**<br>**P O Box 2192**<br>**Covington, LA  70433** | | | | | | | 576.36 |
| ACCOUNT NO.<br>**DEQ** | | | | | | | 557.70 |
| ACCOUNT NO.<br>**Dixie Products LLC**<br>**P O Box 6438**<br>**New Orleans, LA  70174** | | | | | | | 1,058.40 |

Sheet no. **12** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,913.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**      Case No. **11-51656**
<div style="text-align:center">Debtor(s)      (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

*© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Donovan Marine Inc** <br> **Pept At 952532** <br> **Atlanta, GA 31192** | | | | | | | **721.11** |
| ACCOUNT NO. <br> **Doug Ashey** <br> **4560 Johnston** <br> **Lafayette, LA 70503** | | | | | | | **5.42** |
| ACCOUNT NO. <br> **Drago Supply Co** <br> **P O Box 849737** <br> **Dallas, TX 75284** | | | | | | | **4,572.66** |
| ACCOUNT NO. <br> **Dreyfus Cortney Inc** <br> **Attn Accounts Receivable** <br> **Dept 952582** <br> **Atlanta, GA 31192** | | | | | | | **4,280.52** |
| ACCOUNT NO. <br> **Drillco Inc** <br> **13011 S Choctaw Drive** <br> **Baton Rouge, LA 70815** | | | | | | | **4,393.11** |
| ACCOUNT NO. <br> **Dwyer Industries Inc** <br> **P O Box 2603** <br> **Houston, TX 77252** | | | | | | | **219.80** |
| ACCOUNT NO. <br> **DXP Enterprises Inc** <br> **P O Box 201791** <br> **Dallas, TX 75320** | | | | | | | **11,206.15** |

Sheet no. **13** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **25,398.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Unlimited Supply, Inc.**                                        Case No. **11-51656**
_____                              _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Energy Battery And Electric** <br> **112 Pat Street** <br> **Scott, LA 70583** | | | | | | | 788.00 |
| ACCOUNT NO. <br> **Entergy** <br> **P O Box 61009** <br> **New Orleans, LA 70161** | | | | | | | 2,650.33 |
| ACCOUNT NO. <br> **Equip Worx** <br> **P O Box 10564** <br> **New Orleans, LA 70181** | | | | | | | 201.98 |
| ACCOUNT NO. <br> **Ergodyne** <br> **P O Box 1450** <br> **Minneapolis, MN 55485** | | | | | | | 1,314.41 |
| ACCOUNT NO. <br> **Evans Equipment & Environment** <br> **P O Box 130** <br> **Broussard, LA 70518** | | | | | | | 8.48 |
| ACCOUNT NO. <br> **Exterran Inc** <br> **P O Box 390349** <br> **Houston, TX 77269** | | | | | | | 1,021.80 |
| ACCOUNT NO. <br> **Ferrellgas** <br> **P O Box 173940** <br> **Denver, CO 80217** | | | | | | | 195.46 |

Sheet no. **14** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 6,180.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.          Case No. **11-51656**

<div align="center">Debtor(s)        (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Flo Quip Inc** <br> **P O Box 80156** <br> **Lafayette, LA 70598** | | | | | | | 3,045.06 |
| ACCOUNT NO. <br> **Fuelman Of Lafayette** <br> **P O Box 10580** <br> **Atlanta, GA 30348** | | | | | | | 10,589.64 |
| ACCOUNT NO. <br> **Gateway Safety** <br> **11111 Memphis Avenue** <br> **Cleveland, OH 44144** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Geauxpass** <br> **P O Box 6308** <br> **New Orleans, LA 70174** | | | | | | | 945.02 |
| ACCOUNT NO. <br> **General Work Products** <br> **4912 Mehurin Street** <br> **Jefferson, LA 70121** | | | | | | | 1,714.73 |
| ACCOUNT NO. <br> **Gerit Menard** <br> **17822 Minos Road** <br> **Abbeville, LA 70510** | | | | | | | 945.02 |
| ACCOUNT NO. <br> **GHX Industrial LLC** <br> **Dept 207** <br> **P O Box 4346** <br> **Houston, TX 77210** | | | | | | | 8,586.43 |

Sheet no. **15** of **37** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ 25,825.90

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.

Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Glass Services Unlimited**<br>**P O Box 9987**<br>**New Iberia, LA  70562** | | | | | | | 958.40 |
| ACCOUNT NO.<br>**Global Glove & Safety Mfg**<br>**17700 113th Avenue North**<br>**Dayton, MN  55369** | | | | | | | 4,980.00 |
| ACCOUNT NO.<br>**Gordon's Disposal & Landfill**<br>**614 Coteau Road**<br>**New Iberia, LA  70560** | | | | | | | 437.64 |
| ACCOUNT NO.<br>**Greenlee Testron**<br>**25117 Network Place**<br>**Chicago, IL  60673** | | | | | | | 45,073.78 |
| ACCOUNT NO.<br>**Guidry's Hardware**<br>**P O Box 2550**<br>**Lafayette, LA  70502** | | | | | | | 334.67 |
| ACCOUNT NO.<br>**Harrison Paint Co Inc**<br>**5425 Choctaw Drive**<br>**Baton Rouge, LA  70805** | | | | | | | 481.44 |
| ACCOUNT NO.<br>**Heleaux's**<br>**3002 Verot School Road**<br>**Lafayette, LA  70508** | | | | | | | 402.99 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **16** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 52,668.92

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

IN RE **Unlimited Supply, Inc.**                                                   Case No. **11-51656**
                                   Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hercules Industries Inc**<br>**P O Box 197**<br>**Prospect, OH 43342** | | | | | | | 3,100.11 |
| ACCOUNT NO.<br>**Himel Motor Supply**<br>**1912 Jefferson Street**<br>**Lafayette, LA 70501** | | | | | | | 91.24 |
| ACCOUNT NO.<br>**Home Depot**<br>**P O Box 183175**<br>**Columbus, OH 43218** | | | | | | | 3,842.00 |
| ACCOUNT NO.<br>**Home Furniture Company**<br>**1351 Surrey Street**<br>**Lafayette, LA 70501** | | | | | | | 2,252.98 |
| ACCOUNT NO.<br>**Hose Specialty & Supply Co Inc**<br>**P O Box 62600**<br>**New Orleans, LA 70162** | | | | | | | 371.20 |
| ACCOUNT NO.<br>**Hub City Ford**<br>**2090 N W Evangeline Thruway**<br>**Lafayette, LA 70509** | | | | | | | 482.92 |
| ACCOUNT NO.<br>**Huber Inc**<br>**P O Box 10459**<br>**Jefferson, LA 70181** | | | | | | | 835.06 |

Sheet no. **17** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,975.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.                                      Case No. **11-51656**

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr>
<th rowspan="2">CREDITOR'S NAME, MAILING ADDRESS<br>INCLUDING ZIP CODE, AND ACCOUNT NUMBER.<br><i>(See Instructions Above.)</i></th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</th>
<th rowspan="2">DATE CLAIM WAS INCURRED AND<br>CONSIDERATION FOR CLAIM. IF CLAIM IS<br>SUBJECT TO SETOFF, SO STATE</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th rowspan="2">AMOUNT<br>OF<br>CLAIM</th>
</tr>
<tr><th></th><th></th><th></th><th></th><th></th></tr>

<tr>
<td>ACCOUNT NO.<br><br>Hughes Net<br>P O Box 96874<br>Chicago, IL 60693</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>835.06</td>
</tr>

<tr>
<td>ACCOUNT NO.<br><br>Iberia Bank<br>P O Box 12440<br>New Iberia, LA 70562</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>3,291.61</td>
</tr>

<tr>
<td>ACCOUNT NO.<br><br>Idcoservco<br>P O Box 1925<br>Culver City, CA 90232</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>394.37</td>
</tr>

<tr>
<td>ACCOUNT NO.<br><br>Imperial Credit Corporation<br>P O Box 200455<br>Dallas, TX 75320</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>7,448.19</td>
</tr>

<tr>
<td>ACCOUNT NO.<br><br>Industrial Products<br>5632 Salmen Street<br>Harahan, LA 70123</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>6,401.52</td>
</tr>

<tr>
<td>ACCOUNT NO.<br><br>Infinity Valve & Supply<br>P O Box 80008<br>Lafayette, LA 70598</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>14,180.00</td>
</tr>

<tr>
<td>ACCOUNT NO.<br><br>Iron Office Solutions<br>Texas/Louisiana District<br>P O Box 660342<br>Dallas, TX 75266</td>
<td></td><td></td><td></td><td></td><td></td><td></td>
<td>927.97</td>
</tr>
</table>

Sheet no. **18** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,478.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                          Case No. **11-51656**
_____                    _____
                        Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**It Straps On Inc**<br>**74525 Oil Row**<br>**Covington, LA  70435** | | | | | | | 1,180.49 |
| ACCOUNT NO.<br>**Jack Gardner's 10 Min Oil**<br>**4025 Johnston Street**<br>**Lafayette, LA  70503** | | | | | | | 988.24 |
| ACCOUNT NO.<br>**Jobsite Supplies Inc**<br>**P O Box 77631**<br>**Baton Rouge, LA  70879** | | | | | | | 6,137.35 |
| ACCOUNT NO.<br>**John H. Carter Co Inc**<br>**Dept 161**<br>**P O Box 4869**<br>**Houston, TX  77210** | | | | | | | 21,969.43 |
| ACCOUNT NO.<br>**K & D Rent All**<br>**9550 Old Hammond Hwy**<br>**Baton Rouge, LA  70809** | | | | | | | 9,974.00 |
| ACCOUNT NO.<br>**K & J Supplies Inc**<br>**3314 W Admiral Doyle Drive**<br>**New Iberia, LA  70560** | | | | | | | 371.20 |
| ACCOUNT NO.<br>**Kano Laboratories Inc**<br>**P O Box 110098**<br>**Nashville, LA  37222** | | | | | | | 801.16 |

Sheet no. **19** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 41,421.87

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                Case No. **11-51656**
_____                    _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kett Tools**<br>**5055 Madison Road**<br>**Cincinnati, OH  45227** | | | | | | | **2,390.23** |
| ACCOUNT NO.<br>**Kimray Valves**<br>**P O Box 18979**<br>**Oklahoma, OK  73154** | | | | | | | **5,605.67** |
| ACCOUNT NO.<br>**Kirks Tire And Performance**<br>**1726 N Airline Hwy**<br>**Gonzales, LA  70737** | | | | | | | **2,065.71** |
| ACCOUNT NO.<br>**Klein Tools**<br>**75 Remittance Drive 1186**<br>**Chicago, IL  60675** | | | | | | | **310.56** |
| ACCOUNT NO.<br>**L P Rawson**<br>**P O Box 4873**<br>**Houston, TX  77210** | | | | | | | **663.16** |
| ACCOUNT NO.<br>**La Dept Of Environmental Quality**<br>**Financial Services Division**<br>**P O Box 4311**<br>**Baton Rouge, LA  70821** | | | | | | | **507.00** |
| ACCOUNT NO.<br>**Lab Sasfety Supply Inc**<br>**P O Box 5004**<br>**Jamesville, WI  53547** | | | | | | | **95.39** |

Sheet no.  **20** of  **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **11,637.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

*© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

**IN RE** Unlimited Supply, Inc.          Case No. **11-51656**

<div align="center">Debtor(s)         (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Lafayette Locksmith Services, Inc**<br>**411 Kaliste Saloom Road**<br>**Lafayette, LA 70508** | | | | | | | 125.96 |
| ACCOUNT NO. <br><br>**Lafayette Paint And Supply, Inc**<br>**P O Box 837**<br>**Broussard, LA 70518** | | | | | | | 168.50 |
| ACCOUNT NO. <br><br>**Lafayette Rental Service Inc**<br>**1014 Bertrand Drive**<br>**Lafayette, LA 70506** | | | | | | | 1,544.40 |
| ACCOUNT NO. <br><br>**Lafayette Restaurant Supply**<br>**P O Box 51945**<br>**Lafayette, LA 70505** | | | | | | | 7,444.00 |
| ACCOUNT NO. <br><br>**Lafayette Signs**<br>**440 Industrial Parkway**<br>**Lafayette, LA** | | | | | | | 6,431.25 |
| ACCOUNT NO. <br><br>**Lafayette Threadede Products**<br>**P O Box 81607**<br>**Lafayette, LA 70598** | | | | | | | 1,648.73 |
| ACCOUNT NO. <br><br>**Lafayette Trim Service Inc**<br>**300 Pillette Drive**<br>**Lafayette, LA 70508** | | | | | | | 2,405.00 |

Sheet no. **21** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ 19,767.84

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                    Case No. **11-51656**
_____          _____
                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Leading Edge Manufacturing** **P O Box 30** **Youngsville, LA 70592** | | | | | | | **850.00** |
| ACCOUNT NO. **Leonard Gary Bult** **1951 Betty** **Eunice, LA 70535** | | | | | | | **3,099.52** |
| ACCOUNT NO. **Lightening Bolt And Supply** **10626 South Choctaw Drive** **Baton Rouge, LA 70815** | | | | | | | **257.00** |
| ACCOUNT NO. **Louisiana Office Systems** **P O Box 62125** **Lafayette, LA 70596** | | | | | | | **1,041.66** |
| ACCOUNT NO. **Louisiana Valve Source Inc** **P O Box 2231** **Lafayette, LA 70502** | | | | | | | **2,681.92** |
| ACCOUNT NO. **M I S Group Inc** **9402 North Loop East** **Houston, TX 77029** | | | | | | | **1,057.50** |
| ACCOUNT NO. **Magic Video** **912 S Lewis Street** **New Iberia, LA 70560** | | | | | | | **410.68** |

Sheet no. **22** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,398.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Measurement System<br>Div Cameron<br>P O Box 730172<br>Dallas, TX 75373** | | | | | | | 20,019.58 |
| ACCOUNT NO.<br>**Merchant Supply Company<br>521 Moody<br>League City, TX 77573** | | | | | | | 918.68 |
| ACCOUNT NO.<br>**Merit Brass<br>N W 6219<br>P O Box 1450<br>Minneapolis, MN 55485** | | | | | | | 4,854.19 |
| ACCOUNT NO.<br>**Mid South Control Line Inc<br>Dept 1713<br>P O Box 11407<br>Birmingham, AL 35246** | | | | | | | 203,950.80 |
| ACCOUNT NO.<br>**Milwaukee Electric Tool Company<br>4844 Collection Center Drive<br>Chicago, IL 60693** | | | | | | | 18,511.86 |
| ACCOUNT NO.<br>**Mine Safety Appliances Company<br>P O Box 640348<br>Pittsburgh, PA 15264** | | | | | | | 29,713.10 |
| ACCOUNT NO.<br>**Moody Price, LLC<br>Dept 232<br>P O Box 4869<br>Houston, TX 77210** | | | | | | | 20,204.58 |

Sheet no. **23** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **298,172.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.        Case No. **11-51656**

Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Moores Pump & Services Inc** <br> P O Box 201247 <br> Dallas, TX  75320 | | | | | | | 459.20 |
| ACCOUNT NO. <br> **Natco Div National Tank Company** <br> P O Box 200203 <br> Houston, TX  77216 | | | | | | | 1,075.96 |
| ACCOUNT NO. <br> **Nov Portable Power #633** <br> Div Of National Oilwelol <br> P O Box 202544 <br> Dallas, TX  75320 | | | | | | | 119.86 |
| ACCOUNT NO. <br> **Office Depot** <br> Dept 56-4205133712 <br> Office Depot Credit Plan <br> Des Moines, IA  50368 | | | | | | | 1,488.63 |
| ACCOUNT NO. <br> **Office Of Motor Vehicles** <br> P O Box 60081 <br> Baton Rouge, LA  70160 | | | | | | | 69.67 |
| ACCOUNT NO. <br> **On Hold Systems** <br> P O Box 80704 <br> Baton Rouge, LA  70898 | | | | | | | 420.00 |
| ACCOUNT NO. <br> **Orioncase LLC** <br> P O Box 3641 <br> Lafayette, LA  70502 | | | | | | | 219.57 |

Sheet no. **24** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,852.89**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**
_____
Case No. **11-51656**

Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PAC Stainless, LTD**<br>**P O Box 13510**<br>**Seattle, WA 98198** | | | | | | | **4,707.00** |
| ACCOUNT NO.<br>**Parish And City Treasurer**<br>**City Of Baton Rouge-EBR Parish**<br>**Dept Of Finance Revenue Div**<br>**Baton Rouge, LA 70821** | | | | | | | **3,600.00** |
| ACCOUNT NO.<br>**Parish Of East Baton Rouge**<br>**Elmer B. Litchfield**<br>**P O Box 91285**<br>**Baton Rouge, LA 91285** | | | | | | | **12,500.00** |
| ACCOUNT NO.<br>**Pat's Lawn Service**<br>**14282 Hwy 171**<br>**Hoble, LA 71462** | | | | | | | **480.00** |
| ACCOUNT NO.<br>**Patrick Broussard**<br>**17036 Paul Road**<br>**Abbeville, LA 70510** | | | | | | | **1,570.91** |
| ACCOUNT NO.<br>**PBC Industrial Supplies**<br>**P O Box 15612**<br>**Baton Rouge, LA 70895** | | | | | | | **5,266.85** |
| ACCOUNT NO.<br>**Phoenix Force Group**<br>**Capitol Mfg Co**<br>**P O Box 64180-06**<br>**Baltimore, MD 21264** | | | | | | | **991.18** |

Sheet no. **25** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **29,115.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**      Case No. **11-51656**

<div align="center">Debtor(s)       (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pitney Bowes Credit Corporation**<br>**Global Financial Services**<br>**P O Box 371896**<br>**Pittsburgh, PA 15250** | | | | | | | 637.37 |
| ACCOUNT NO.<br>**Pitney Bowes Credit Corporation**<br>**Purchase Power**<br>**P O Box 371874**<br>**Pittsburgh, PA 15250** | | | | | | | 536.58 |
| ACCOUNT NO.<br>**Plantation Tire & Car Care Inc**<br>**18562 Highland Road**<br>**Baton Rouge, LA 70809** | | | | | | | 9,680.73 |
| ACCOUNT NO.<br>**Pneuhydro**<br>**NJ** | | | | | | | 39.70 |
| ACCOUNT NO.<br>**Pneumatic & Hydraulic Company Inc**<br>**1338 Petroleum Pkwy**<br>**Broussard, LA 70518** | | | | | | | 354.70 |
| ACCOUNT NO.<br>**Price Company Supply Llc**<br>**15151 Green Well Springs Road**<br>**Greenwell Springs, LA 70739** | | | | | | | 1,367.78 |
| ACCOUNT NO.<br>**Process Valves Cameron**<br>**P O Box 730098**<br>**Dallas, TX 75373** | | | | | | | 555.00 |

Sheet no. **26** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,171.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                          Case No. **11-51656**
_____                    _____
Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Production Fastenings Systems**<br>**417 Calhoun Street**<br>**New Orleans, LA 70118** | | | | | | | 14,884.13 |
| ACCOUNT NO.<br>**PSC Supply Inc & Hardward**<br>**1014 Albertson's Parkway**<br>**Broussard, LA 70518** | | | | | | | 675.00 |
| ACCOUNT NO.<br>**R & R Fitting And Valves**<br>**3029 N W Evangeline Thwy**<br>**Lafayette, LA 70507** | | | | | | | 3,280.52 |
| ACCOUNT NO.<br>**Ralph's Ind Electronic Supply**<br>**P O Box R**<br>**Lafayette, LA 70502** | | | | | | | 4,234.66 |
| ACCOUNT NO.<br>**Rayne Plastic Signs Inc**<br>**813 Adams Avenue**<br>**Rayne, LA 70578** | | | | | | | 475.20 |
| ACCOUNT NO.<br>**Regions Bank**<br>**P O Box 11625**<br>**New Iberia, LA 70562** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Relton Corporation**<br>**317 Rolyn Place**<br>**Arcadia, CA 91006** | | | | | | | 3,646.08 |

Sheet no. **27** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **27,195.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.        Case No. **11-51656**

Debtor(s)         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rexel**<br>P O Box 120713 Dept 0713<br>Dallas, TX 75312 | | | | | | | 609.32 |
| ACCOUNT NO.<br>**Ridge Tool Company**<br>P O Box 730138<br>Dallas, TX 75373 | | | | | | | 355.71 |
| ACCOUNT NO.<br>**Rieth Corporation**<br>600 Amelia Street<br>Gretna, LA 70053 | | | | | | | 11,194.90 |
| ACCOUNT NO.<br>**Rigid**<br>P O Box 730138<br>Dallas, TX 75373 | | | | | | | 183.96 |
| ACCOUNT NO.<br>**Road Home Towing & Recovery**<br>7815 Tom Drive<br>Baton Rouge, LA 70806 | | | | | | | 556.00 |
| ACCOUNT NO.<br>**Robin Instrument & Specialty**<br>205 N Luke<br>Lafayette, LA 70506 | | | | | | | 1,765.97 |
| ACCOUNT NO.<br>**Rope Soap N Dope LLC**<br>P O Box 51774<br>Lafayette, LA 70505 | | | | | | | 7,464.53 |

Sheet no. **28** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,130.39

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                      Case No. **11-51656**
_____                    _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ross Tier & Service Inc**<br>**2214 Kaliste Saloom Road**<br>**Lafayette, LA 70508** | | | | | | | 1,436.10 |
| ACCOUNT NO.<br>**Rothen Berger**<br>**88254 Expedite Way**<br>**Chicago, IL 60695** | | | | | | | 8,202.84 |
| ACCOUNT NO.<br>**S & L Bolt LLC**<br>**4759 Cameron Street**<br>**Lafayette, LA 70506** | | | | | | | 457.00 |
| ACCOUNT NO.<br>**Safespeed Lafayette Photo Enforcement**<br>**Customer Service**<br>**Lafayette, LA 70508** | | | | | | | 225.00 |
| ACCOUNT NO.<br>**Sam's Club**<br>**P O Box 9001907**<br>**Louisville, KY 40290** | | | | | | | 7,960.93 |
| ACCOUNT NO.<br>**Seal Plastics Inc**<br>**P O Box 368**<br>**Park Ridge, IL 60068** | | | | | | | 3,904.51 |
| ACCOUNT NO.<br>**Seasafe**<br>**P O Box 712542**<br>**Cincinnati, OH 45271** | | | | | | | 3,499.69 |

Sheet no. **29** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ 25,686.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                              Case No. **11-51656**

Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**SGC Labeling Systems** <br>**P O Box 131** <br>**Holden, LA 70744** | | | | | | | 283.70 |
| ACCOUNT NO. <br><br>**Shannon Hardware Co LTD** <br>**P O Box 631** <br>**Morgan City, LA 70381** | | | | | | | 30,861.18 |
| ACCOUNT NO. <br><br>**Shell Oil Company** <br>**P O Box 183019** <br>**Columbus, OH 43218** | | | | | | | 6,091.08 |
| ACCOUNT NO. <br><br>**Sherwin Williams** <br>**1145 Albertsons Parkway** <br>**Broussard, LA 70518** | | | | | | | 1,034.45 |
| ACCOUNT NO. <br><br>**Skip Perry Janitorial Service** <br>**P O Box 702** <br>**Maurice, LA 70555** | | | | | | | 580.00 |
| ACCOUNT NO. <br><br>**Southern Fastener & Tool** <br>**9440 Mammoth Drive** <br>**Baton Rouge, LA 70814** | | | | | | | 9,893.12 |
| ACCOUNT NO. <br><br>**Spartan Industrial Products** <br>**P O Box 3562** <br>**Houma, LA 70361** | | | | | | | 3,520.47 |

Sheet no. **30** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 52,264.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  **Unlimited Supply, Inc.**                                    Case No. **11-51656**

<div style="text-align:center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode:vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Specialty Equipment Sales** <br> P O Box 51565 <br> Lafayette, LA 70505 | | | | | | | 421.00 |
| ACCOUNT NO. <br> **Staet Of Louisiana** <br> **Office Of Motor Vehicles** <br> P O Box 60081 <br> New Orleans, LA 70160 | | | | | | | 116.00 |
| ACCOUNT NO. <br> **Star Stainless Screw Company** <br> P O Box 48043 <br> Newark, NJ 07101 | | | | | | | 2,931.88 |
| ACCOUNT NO. <br> **Stone Insurance Inc** <br> 111 Veterans Blvd Suite 1600 <br> Metairie, LA 70005 | | | | | | | 251.00 |
| ACCOUNT NO. <br> **Suddnelink** <br> P O Box 660365 <br> Dallas, TX 75266 | | | | | | | 35.51 |
| ACCOUNT NO. <br> **Summit Electric Supply Co Inc** <br> P O Box 848345 <br> Dallas, TX 75284 | | | | | | | 6,182.10 |
| ACCOUNT NO. <br> **Sun Source/Air Dreco** <br> P O Box 730698 <br> Dallas, TX 75373 | | | | | | | 3,060.53 |

Sheet no. **31** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal (Total of this page) $ 12,998.02</div>

<div style="text-align:right">Total</div>
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Unlimited Supply, Inc.**          Case No. **11-51656**
<br>Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Superior Answering Service**<br>**709 St John Street**<br>**Lafayette, LA 70501** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**Superior Process Systems**<br>**P O Box 82538**<br>**Lafayette, LA 70598** | | | | | | | 10,880.00 |
| ACCOUNT NO.<br>**T F Hudgins**<br>**P O Box 201913**<br>**Houston, TX 77216** | | | | | | | 1,099.65 |
| ACCOUNT NO.<br>**Taylor's Industrial Spec**<br>**P O Box 1274**<br>**Morgan City, LA 70381** | | | | | | | 587.00 |
| ACCOUNT NO.<br>**Tech Oil Products Inc**<br>**4308 West Admiral Doyle Drive**<br>**New Iberia, LA 70560** | | | | | | | 2,575.00 |
| ACCOUNT NO.<br>**Technical Services**<br>**P O Box 37**<br>**Egan, LA 70531** | | | | | | | 4,145.00 |
| ACCOUNT NO.<br>**Test Inc**<br>**P O Box 200913**<br>**Houston, TX 77216** | | | | | | | 464.88 |

Sheet no. **32** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,001.53**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                          Case No. **11-51656**

Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**The Gauge House LLC**<br>P O Box 80423<br>Lafayette, LA  70598 | | | | | | | 1,734.13 |
| ACCOUNT NO. <br><br>**The M K Morse Company**<br>P O Box 8677<br>Canton, OH  44711 | | | | | | | 2,616.36 |
| ACCOUNT NO. <br><br>**The Reynolds Company**<br>P O Box 671344<br>Dallas, TX  75267 | | | | | | | 714.40 |
| ACCOUNT NO. <br><br>**Tideland Signal Corporation**<br>P O Box 52430<br>Houston, TX  77052 | | | | | | | 1,122.00 |
| ACCOUNT NO. <br><br>**TLM Of Baton Rouge Inc**<br>7978 Antioch Road<br>Baton Rouge, LA  70817 | | | | | | | 517.66 |
| ACCOUNT NO. <br><br>**TNT Gas & Supply**<br>125 Thruway Park<br>Broussard, LA  70518 | | | | | | | 1,596.16 |
| ACCOUNT NO. <br><br>**Tool Shed, Inc**<br>P O Box 45935<br>Baton Rouge, LA  70895 | | | | | | | 8,874.72 |

Sheet no. __33__ of __37__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,175.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.       Case No. **11-51656**

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Toolma Tool Mart Inc**<br>**2412 Texas Avenue**<br>**Houston, TX 77003** | | | | | | | 11,730.98 |
| ACCOUNT NO.<br>**Total Rebuild**<br>**P O Box 717**<br>**Broussard, LA 70518** | | | | | | | 1,905.00 |
| ACCOUNT NO.<br>**Total Safety Inc**<br>**P O Box 974686**<br>**Dallas, TX 75391** | | | | | | | 2,170.00 |
| ACCOUNT NO.<br>**Total Valve & Equipment**<br>**301 Cardinal Drive**<br>**Lafayette, LA 70508** | | | | | | | 435.50 |
| ACCOUNT NO.<br>**Town Of Broussard**<br>**310 East Main Street**<br>**Broussard, LA 70518** | | | | | | | 1.60 |
| ACCOUNT NO.<br>**Tube Fitting Specialist**<br>**6888 Exchequer Drive**<br>**Baton Rouge, LA 70809** | | | | | | | 1,101.00 |
| ACCOUNT NO.<br>**U S Machine & Equipment Co**<br>**Freeze Road Box 31567**<br>**Geismar, LA 70734** | | | | | | | 224.00 |

Sheet no. **34** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,568.08

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**

_____                    _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**U S Tool**<br>P O Box 1538<br>Greer, SC  29652 | | | | | | | 9,841.94 |
| ACCOUNT NO.<br>**Unique Valve & Instrumentation**<br>P O Box 671741<br>Dallas, TX  75267 | | | | | | | 2,876.32 |
| ACCOUNT NO.<br>**Universal Sales & Service**<br>P O Box 51206<br>Lafayette, LA  70505 | | | | | | | 294.75 |
| ACCOUNT NO.<br>**USA Mobility Wireless Inc**<br>P O Box 660770<br>Dallas, TX  75266 | | | | | | | 10.80 |
| ACCOUNT NO.<br>**Vida Paint & Supply**<br>P O Box 2706<br>Morgan City, LA  70381 | | | | | | | 5,327.18 |
| ACCOUNT NO.<br>**Voorhies Supply Company Inc**<br>P O Box 4040130<br>Atlanta, GA  30384 | | | | | | | 42.58 |
| ACCOUNT NO.<br>**W W Grainger Inc**<br>Dept 846..3592<br>P O Box 419267<br>Kansas City, MO  64141 | | | | | | | 4,440.02 |

Sheet no. **35** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 22,833.59

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.                                    Case No. **11-51656**
_____                    _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Wacker Neuson Corporation** **N92 W15000 Anthony Avenue** **Menomonee Falls, WI  53051** | | | | | | | **181.15** |
| ACCOUNT NO. **Wagner Smith** **P O Box 711569** **Cincinnati, OH  45271** | | | | | | | **13,761.09** |
| ACCOUNT NO. **Wellhead Distributors Int'l** **P O Box 4869  Dept 274** **Houston, TX  77210** | | | | | | | **34.12** |
| ACCOUNT NO. **Whitco Supply Inc** **200 N Morgan Avenue** **Broussard, LA  70518** | | | | | | | **8,753.79** |
| ACCOUNT NO. **Whitliejo Specialty Company** **Attention:  Accounts Receivable** **P O Box 230197** **Houston, TX  77223** | | | | | | | **2,865.45** |
| ACCOUNT NO. **Wholesale Battery Sales** **92166 Mammoth Avenue** **Baton Rouge, LA  70814** | | | | | | | **6,196.90** |
| ACCOUNT NO. **Wright Moore Dehart Dupuis & Hutchinson** **P O Box 80569** **Lafayette, LA  70598** | | | | | | | **9,634.07** |

Sheet no. **36** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,426.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Unlimited Supply, Inc.**                                    Case No. **11-51656**
<p style="text-align:center">Debtor(s)                                                                (If known)</p>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Zwolle Waterworks** <br> **P O Box 1038** <br> **Zwolle, LA  71486** | | | | | | | **4.52** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **37** of **37** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,105,522.14**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.**     Case No. **11-51656**

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **T & E Investments, LLC**<br>**115 Nova Drive**<br>**Broussard, LA  70518** | **Owner and lessor of land and improvements located 115 Nova Drive, Broussard, Lafayette Parish, Lafayette, LA** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Unlimited Supply, Inc.        Case No. **11-51656**

         Debtor(s)                 (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Unlimited Supply, Inc.** _____ Case No. **11-51656**
_____
Debtor(s)          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
                                                          Debtor

Date: _____ Signature: _____
                                                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Unlimited Supply, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**52** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 10, 2012** _____ Signature: */s/ Toby Primeaux* _____

**Toby Primeaux** _____
                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

**IN RE:**                                                         Case No. **11-51656**

**Unlimited Supply, Inc.**                                         Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................... $ ____**250.00/hr**

   Prior to the filing of this statement I have received ............................................................ $ ____**10,000.00**

   Balance Due ................................................................................................. $ _____

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 10, 2012** | **/s/ William Vidrine** |
| Date | **William Vidrine**<br>**Vidrine & Vidrine**<br>**711 W Pinhook Rd**<br>**Lafayette, LA  70503-2315**<br><br>**williamv@vidrinelaw.com** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                          Case No. **11-51656**

**Unlimited Supply, Inc.**                                      Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **January 10, 2012**          Signature: ***/s/ Toby Primeaux***

**Toby Primeaux, President**                                            Debtor


Date: _____          Signature: _____

Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A C Sales
813 Cajundome Blvd
Lafayette, LA  70506


A Certified Security Network
P O Box 339
Denham Springs, LA  70727


Abbolt A & B Valve & Piping
P O Box 677428
Dallas, TX  75267


Acadiana Bearing Company
400 Jefferson Blvd
Lafayette, LA  70509


Acadiana Ford, Inc
P O Box 609
Kaplan, LA  70548


Acadiana Rubber & Gasket Company
P O Box 3704
Lafayette, LA  70502


Accu-Tech Computer Services
P O Box 82609
Baton Rouge, LA  70884


Acme Refrigeration
11844 South Choctaw Drive
Baton Rouge, LA  70815


Action Specialties Inc
7915 Hwy 90 West
New Iberia, LA  70560

Advance Products & Systems Inc
P O Box 30699
Lafayette, LA   70596


Advanced Graphic Engraving
7209 Hillcrest
New Iberia, LA   70560


Aervoe Industries Inc
P O Box 485
Gardnerville, NV   89410


AGI Industries
P O Box 53905
Lafayette, LA   70505


Allendorph Specialties Inc
201 Stanton
Broussard, LA   70518


Alley
Payment Processing Center
P O Box 9001948
Louisville, KY   40290


Allied Industrial Sales Inc
100 East Nasa Road 1 Ste 102
Webster, TX   77598


Allied Rubber & Gasket Co Inc
2610 Commerce Way
Vista, CA   92083


Aluminum & Stainless
P O Box 3484
Lafayette, LA   70502

American Rigging
555 Choctaw Drive
Baton Rouge, LA  70805


American Tube Products Inc
3500 S. Richey Suite 140
Houston, TX  77017


Angel Air Repair & Specialty
705 Hangar Drive
New Iberia, LA  70560


Arthur J. Gallagher
P O Drawer 51187
Lafayette, LA  70505


AT&T
P O Box 105262
Atlanta, GA  30348


At&T Mobility
P O Box 6463
Carol Stream, IL  60197


Autozone
11554 Airline Hwy
Baton Rouge, LA  70816


Bancorpsouth
P O Box 789
Tupelo, MS  38802


Bank It Idex Inc
P O Box 96401
Chicago, IL  60693

Basic Supply
22602 Cameron Street
Lafayette, LA  70506


Basin River Electric Supply
P O Box 306
Plaquemine, LA  70764


Bayou Boeuf Electric LLC
Dept At 952597
Atlanta, GA  31192


Beerman Precision Inc
4206 Howard Avenue
New Orleans, LA  70125


Belt Store
2109 Jefferson Street
Lafayette, LA  70501


Berkley Tool/Pipemaster
Florida Pneumatic Mfg Corp
P O Box 9158
Jupiter, FL  33468


Bernard & Hart
345 Doucet Road Suite 103-B
Lafayette, LA  70503


Black & Decker USPTG
P O Box 844674
Dallas, TX  75284


Bourque Slaes & Services Inc
P O Box 51141
Lafayette, LA  70505

Boxco Fabrication LLC
113 Ida Road
Broussard, LA  70518


Boxx Manufacturing
52194 Eagle Way
Chicago, IL  60678


Bozeman Distributors
11150 Airline Hwy
Baton Rouge, LA  70816


Braud Welding & Industrial Supply
P O Box 127
Geismar, LA  70734


Bravo U-Bolts & Asteners
1035 Hollywood Street
Houston, TX  77015


Brennan Industries Inc
1189 108th Street
Grand Praire, TX  75050


Bridgefield Casualty Insurance Company
P O Box 32034
Kajekand, FL  33802


Briggs Equipment
Lock Box 841272
Dallas, TX  75284


Burndy LLC
12902 Collection Center Drive
Chicago, IL  60693

```
Burner Fire Control
P O Box 53637
Lafayette, LA  70505


BWB Controls Inc
P O Abox 670
Bourg, LA  70343


C & B Pumps And Compressors
119 Nolan Road
Broussard, LA  70518


C & G Containers Inc
P O Box 2003
Lafayette, LA  70502


C & S Safety Systems Of LA LLC
915 Granada Drive
New Iberia, LA  70560


Can Do National Tape
P O Box 440093
Nashville, TN  37244


Caraustar
P O Box 935013
Atlanta, GA  31193


Casco
15207 Airline Hwy
Baton Rouge, LA  70817


Cayard's, Inc
4215 Choctaw Drive
Baton Rouge, LA  70805
```

CCI Pipeline Systems
1058 O'Neal Drive
Breaux Bridge, LA  70518


Central Freight
P O Box 2638
Waco, TX  76702


Central Oil Of Baton Rouge LLC
C/O Brooks Green Blatt
P O Box 2671
Baton Rouge, LA  70821


CFG Specialty Inc
Po O Box 465
Loreauville, LA  70552


Chastant Bros Inc
P O Box 4507
Lafayette, LA  70502


Checkpoint Process Pumps & Systems
21356 Marion Lane
Mandeville, LA  70471


Cintas Corporation #543
P O Box 88005
Chicago, IL  60680


Cintas Corporation Loc 540
P O Box 88005
Chicago, IL  60680

City Of Broussard
Occupational License
310 Main Street
Broussard, LA  70518


Cleco Power LLC
P O Box 69000
Alexandria, LA  71306


Cleveland Punch & Die
P O Box 92594-T
Cleveland, OH  44190


Climax Lubricants & Equipment
P O Box 5235
Houston, TX  77262


Coca Sales Inc
P O Box 119
Baker, LA  70704


Cody's Trans Systems LLC
P O Box 86635
Baton Rouge, LA  70879


Commercial Billinb Service
P O Box 2201
Decatur, AL  35609


Community Coffee Company LLC
P O Box 60141
New Orleans, LA  70460


Con-Way Freight Inc
P O Box 5160
Portland, OR  97208

Connector Specialists
175 James Drive East
St. Rose, LA  70087


Continental Western Corp
P O Box 2418
San Leandro, CA  94577


Cox Cummunications Inc
P O Box 9001079
Louisville, KY  40290


Crown Decal Printers
141 Decal Street
Lafayette, LA  70508


Current Tool Inc
P O Box 17026
Greenville, SC  29606


Dave's Pest Control Services Inc
P O Box 92322
Lafayette, LA  70509


De Lage Landen Financial Services
P O Box 41602
Philadelphia, PA  19101


Delta Foremost Chemical Corporation
P O Box 30310
Memphis, TN  38130


Delta Rigging & Tools
Department 1837
P O Box 2153
Birmingham, AL  35287

Delta Wire And Rope Inc
Delta Rigging & Tools
Dept 5324
Houston, TX  77210


Department Of Social Services
P O Box 260222
Baton Rouge, LA  70826


Dependable Seals & Gaskets
P O Box 2192
Covington, LA  70433


Dixie Products LLC
P O Box 6438
New Orleans, LA  70174


Donovan Marine Inc
Pept At 952532
Atlanta, GA  31192


Doug Ashey
4560 Johnston
Lafayette, LA  70503


Drago Supply Co
P O Box 849737
Dallas, TX  75284


Dreyfus Cortney Inc
Attn  Accounts Receivable
Dept 952582
Atlanta, GA  31192

Drillco Inc
13011 S Choctaw Drive
Baton Rouge, LA  70815


Dwyer Industries Inc
P O Box 2603
Houston, TX  77252


DXP Enterprises Inc
P O Box 201791
Dallas, TX  75320


Energy Battery And Electric
112 Pat Street
Scott, LA  70583


Entergy
P O Box 61009
New Orleans, LA  70161


Equip Worx
P O Box 10564
New Orleans, LA  70181


Ergodyne
P O Box 1450
Minneapolis, MN  55485


Evans Equipment & Environment
P O Box 130
Broussard, LA  70518


Exterran Inc
P O Box 390349
Houston, TX  77269

Ferrellgas
P O Box 173940
Denver, CO  80217


Flo Quip Inc
P O Box 80156
Lafayette, LA  70598


Ford Motor Credit
P O Box 650575
Dallax, TX  75265-0575


Fuelman Of Lafayette
P O Box 10580
Atlanta, GA  30348


Gateway Safety
11111 Memphis Avenue
Cleveland, OH  44144


Geauxpass
P O Box 6308
New Orleans, LA  70174


General Work Products
4912 Mehurin Street
Jefferson, LA  70121


Gerit Menard
17822 Minos Road
Abbeville, LA  70510


GHX Industrial LLC
Dept 207
P O Box 4346
Houston, TX  77210

Glass Services Unlimited
P O Box 9987
New Iberia, LA  70562


Global Glove & Safety Mfg
17700 113th Avenue North
Dayton, MN  55369


Gordon's Disposal & Landfill
614 Coteau Road
New Iberia, LA  70560


Greenberg, Grant & Richards, Inc.
5858 Westheimer, Suite 500
Houston, TX  77057


Greenlee Testron
25117 Network Place
Chicago, IL  60673


Guidry's Hardware
P O Box 2550
Lafayette, LA  70502


Harrison Paint Co Inc
5425 Choctaw Drive
Baton Rouge, LA  70805


Heleaux's
3002 Verot School Road
Lafayette, LA  70508


Hercules Industries Inc
P O Box 197
Prospect, OH  43342

Himel Motor Supply
1912 Jefferson Street
Lafayette, LA  70501


Home Depot
P O Box 183175
Columbus, OH  43218


Home Furniture Company
1351 Surrey Street
Lafayette, LA  70501


Hose Specialty & Supply Co Inc
P O Box 62600
New Orleans, LA  70162


Hub City Ford
2090 N W Evangeline Thruway
Lafayette, LA  70509


Huber Inc
P O Box 10459
Jefferson, LA  70181


Hughes Net
P O Box 96874
Chicago, IL  60693


Iberia Bank
P O Box 12440
New Iberia, LA  70562


Idcoservco
P O Box 1925
Culver City, CA  90232

Imperial Credit Corporation
P O Box 200455
Dallas, TX  75320


Industrial Products
5632 Salmen Street
Harahan, LA  70123


Infinity Valve & Supply
P O Box 80008
Lafayette, LA  70598


Iron Office Solutions
Texas/Louisiana District
P O Box 660342
Dallas, TX  75266


It Straps On Inc
74525 Oil Row
Covington, LA  70435


Jack Gardner's 10 Min Oil
4025 Johnston Street
Lafayette, LA  70503


Jobsite Supplies Inc
P O Box 77631
Baton Rouge, LA  70879


John H. Carter Co Inc
Dept 161
P O Box 4869
Houston, TX  77210

K & D Rent All
9550 Old Hammond Hwy
Baton Rouge, LA   70809


K & J Supplies Inc
3314 W Admiral Doyle Drive
New Iberia, LA   70560


Kano Laboratories Inc
P O Box 110098
Nashville, LA   37222


Kentucky State Truasurer
Kentucky Department Of Revenue
Frankfort, KY   40619


Kett Tools
5055 Madison Road
Cincinnati, OH   45227


Kimray Valves
P O Box 18979
Oklahoma, OK   73154


Kirks Tire And Performance
1726 N Airline Hwy
Gonzales, LA   70737


Klein Tools
75 Remittance Drive 1186
Chicago, IL   60675


L P Rawson
P O Box 4873
Houston, TX   77210

La Dept Of Environmental Quality
Financial Services Division
P O Box 4311
Baton Rouge, LA   70821


Lab Sasfety Supply Inc
P O Box 5004
Jamesville, WI   53547


Lafayette Locksmith Services, Inc
411 Kaliste Saloom Road
Lafayette, LA   70508


Lafayette Paint And Supply, Inc
P O Box 837
Broussard, LA   70518


Lafayette Rental Service Inc
1014 Bertrand Drive
Lafayette, LA   70506


Lafayette Restaurant Supply
P O Box 51945
Lafayette, LA   70505


Lafayette Threadede Products
P O Box 81607
Lafayette, LA   70598


Lafayette Trim Service Inc
300 Pillette Drive
Lafayette, LA   70508


Leading Edge Manufacturing
P O Box 30
Youngsville, LA   70592

Leonard Gary Bult
1951 Betty
Eunice, LA  70535


Lightening Bolt And Supply
10626 South Choctaw Drive
Baton Rouge, LA  70815


Louisiana Office Systems
P O Box 62125
Lafayette, LA  70596


Louisiana Valve Source Inc
P O Box 2231
Lafayette, LA  70502


M I S Group Inc
9402 North Loop East
Houston, TX  77029


Magic Video
912 S Lewis Street
New Iberia, LA  70560


Measurement System
Div Cameron
P O Box 730172
Dallas, TX  75373


Merchant Supply Company
521 Moody
League City, TX  77573

Merit Brass
N W 6219
P O Box 1450
Minneapolis, MN  55485


Mid South Control Line Inc
Dept 1713
P O Box 11407
Birmingham, AL  35246


Milwaukee Electric Tool Company
4844 Collection Center Drive
Chicago, IL  60693


Mine Safety Appliances Company
P O Box 640348
Pittsburgh, PA  15264


Moody Price, LLC
Dept 232
P O Box 4869
Houston, TX  77210


Moores Pump & Services Inc
P O Box 201247
Dallas, TX  75320


Natco Div National Tank Company
P O Box 200203
Houston, TX  77216


Nov Portable Power #633
Div Of National Oilwelol
P O Box 202544
Dallas, TX  75320

```
Office Depot
Dept 56-4205133712
Office Depot Credit Plan
Des Moines, IA  50368


Office Of Motor Vehicles
P O Box 60081
Baton Rouge, LA  70160


On Hold Systems
P O Box 80704
Baton Rouge, LA  70898


Orioncase LLC
P O Box 3641
Lafayette, LA  70502


PAC Stainless, LTD
P O Box 13510
Seattle, WA  98198


Parish And City Treasurer
City Of Baton Rouge-EBR Parish
Dept Of Finance Revenue Div
Baton Rouge, LA  70821


Parish Of East Baton Rouge
Elmer B. Litchfield
P O Box 91285
Baton Rouge, LA  91285


Pat's Lawn Service
14282 Hwy 171
Hoble, LA  71462
```

Patrick Broussard
17036 Paul Road
Abbeville, LA  70510


PBC Industrial Supplies
P O Box 15612
Baton Rouge, LA  70895


Phoenix Force Group
Capitol Mfg Co
P O Box 64180-06
Baltimore, MD  21264


Pitney Bowes Credit Corporation
Global Financial Services
P O Box 371896
Pittsburgh, PA  15250


Pitney Bowes Credit Corporation
Purchase Power
P O Box 371874
Pittsburgh, PA  15250


Plantation Tire & Car Care Inc
18562 Highland Road
Baton Rouge, LA  70809


Pneumatic & Hydraulic Company Inc
1338 Petroleum Pkwy
Broussard, LA  70518


Price Company Supply Llc
15151 Green Well Springs Road
Greenwell Springs, LA  70739

Process Valves Cameron
P O Box 730098
Dallas, TX  75373


Production Fastenings Systems
417 Calhoun Street
New Orleans, LA  70118


PSC Supply Inc & Hardward
1014 Albertson's Parkway
Broussard, LA  70518


R & R Fitting And Valves
3029 N W Evangeline Thwy
Lafayette, LA  70507


Ralph's Ind Electronic Supply
P O Box R
Lafayette, LA  70502


Rayne Plastic Signs Inc
813 Adams Avenue
Rayne, LA  70578


Regions Bank
P O Box 11625
New Iberia, LA  70562


Relton Corporation
317 Rolyn Place
Arcadia, CA  91006


Rexel
P O Box 120713 Dept 0713
Dallas, TX  75312

```
Ridge Tool Company
P O Box 730138
Dallas, TX  75373


Rieth Corporation
600 Amelia Street
Gretna, LA  70053


Rigid
P O Box 730138
Dallas, TX  75373


Road Home Towing & Recovery
7815 Tom Drive
Baton Rouge, LA  70806


Robin Instrument & Specialty
205 N Luke
Lafayette, LA  70506


Rope Soap N Dope LLC
P O Box 51774
Lafayette, LA  70505


Ross Tier & Service Inc
2214 Kaliste Saloom Road
Lafayette, LA  70508


Rothen Berger
88254 Expedite Way
Chicago, IL  60695


S & L Bolt LLC
4759 Cameron Street
Lafayette, LA  70506
```

Safespeed Lafayette Photo Enforcement
Customer Service
Lafayette, LA  70508


Sam's Club
P O Box 9001907
Louisville, KY  40290


Seal Plastics Inc
P O Box 368
Park Ridge, IL  60068


Seasafe
P O Box 712542
Cincinnati, OH  45271


SGC Labeling Systems
P O Box 131
Holden, LA  70744


Shannon Hardware Co LTD
P O Box 631
Morgan City, LA  70381


Shell Oil Company
P O Box 183019
Columbus, OH  43218


Sherwin Williams
1145 Albertsons Parkway
Broussard, LA  70518


Skip Perry Janitorial Service
P O Box 702
Maurice, LA  70555

Southern Fastener & Tool
9440 Mammoth Drive
Baton Rouge, LA  70814


Spartan Industrial Products
P O Box 3562
Houma, LA  70361


Specialty Equipment Sales
P O Box 51565
Lafayette, LA  70505


Staet Of Louisiana
Office Of Motor Vehicles
P O Box 60081
New Orleans, LA  70160


Star Stainless Screw Company
P O Box 48043
Newark, NJ  07101


Stone Insurance Inc
111 Veterans Blvd Suite 1600
Metairie, LA  70005


Suddnelink
P O Box 660365
Dallas, TX  75266


Summit Electric Supply Co Inc
P O Box 848345
Dallas, TX  75284


Sun Source/Air Dreco
P O Box 730698
Dallas, TX  75373

Superior Answering Service
709 St John Street
Lafayette, LA  70501


Superior Process Systems
P O Box 82538
Lafayette, LA  70598


T & E Investments, LLC
115 Nova Drive
Broussard, LA  70518


T F Hudgins
P O Box 201913
Houston, TX  77216


Taylor's Industrial Spec
P O Box 1274
Morgan City, LA  70381


Tech Oil Products Inc
4308 West Admiral Doyle Drive
New Iberia, LA  70560


Technical Services
P O Box 37
Egan, LA  70531


Test Inc
P O Box 200913
Houston, TX  77216


The Gauge House LLC
P O Box 80423
Lafayette, LA  70598

The M K Morse Company
P O Box 8677
Canton, OH  44711


The Reynolds Company
P O Box 671344
Dallas, TX  75267


Tideland Signal Corporation
P O Box 52430
Houston, TX  77052


TLM Of Baton Rouge Inc
7978 Antioch Road
Baton Rouge, LA  70817


TNT Gas & Supply
125 Thruway Park
Broussard, LA  70518


Tool Shed, Inc
P O Box 45935
Baton Rouge, LA  70895


Toolma Tool Mart Inc
2412 Texas Avenue
Houston, TX  77003


Total Rebuild
P O Box 717
Broussard, LA  70518


Total Safety Inc
P O Box 974686
Dallas, TX  75391

Total Valve & Equipment
301 Cardinal Drive
Lafayette, LA  70508


Town Of Broussard
310 East Main Street
Broussard, LA  70518


Tube Fitting Specialist
6888 Exchequer Drive
Baton Rouge, LA  70809


U S Machine & Equipment Co
Freeze Road Box 31567
Geismar, LA  70734


U S Tool
P O Box 1538
Greer, SC  29652


Unique Valve & Instrumentation
P O Box 671741
Dallas, TX  75267


Universal Sales & Service
P O Box 51206
Lafayette, LA  70505


USA Mobility Wireless Inc
P O Box 660770
Dallas, TX  75266


Vida Paint & Supply
P O Box 2706
Morgan City, LA  70381

Voorhies Supply Company Inc
P O Box 4040130
Atlanta, GA  30384


W W Grainger Inc
Dept 846..3592
P O Box 419267
Kansas City, MO  64141


Wacker Neuson Corporation
N92 W15000 Anthony Avenue
Menomonee Falls, WI  53051


Wagner Smith
P O Box 711569
Cincinnati, OH  45271


Wellhead Distributors Int'l
P O Box 4869  Dept 274
Houston, TX  77210


Whitco Supply Inc
200 N Morgan Avenue
Broussard, LA  70518


Whitliejo Specialty Company
Attention:  Accounts Receivable
P O Box 230197
Houston, TX  77223


Wholesale Battery Sales
92166 Mammoth Avenue
Baton Rouge, LA  70814

```
Wright Moore Dehart Dupuis & Hutchinson
P O Box 80569
Lafayette, LA  70598


Zwolle Waterworks
P O Box 1038
Zwolle, LA  71486
```